

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELLY BRAMMER, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAMS LEA INC., <br><br> Defendants. | Case No.: <br><br> RULE 7.1 STATEMENT <br> OF DEFENDANT WILLIAMS LEA INC. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Williams Lea Inc. ("Williams Lea"), a private (non-governmental) party, certifies that it does not have any parents, subsidiaries or affiliate entities that have issued stock or debt securities to the public.

Dated: January 7, 2008
New York, NY

SONNENSCHEIN NATH & ROSENTHAL LLP

*Rebecca Hughes Parker* (signature)

Rebecca Hughes Parker (RP-6262)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
rhparker@sonnenschein.com

Amy L. Bess, D.C. Bar No. 418985
1301 K Street, N.W., Suite 600 - East Tower
Washington, D.C. 20005
Tel: (202) 408-6400
Fax: (202) 408-6399
abess@sonnenschein.com

*Attorneys for Defendant Williams Lea Inc.*