UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELLY BRAMMER,

         Plaintiff,

    v.

WILLIAMS LEA INC.

         Defendant.

------------------------------------------------------------X

Index No.: 08 cv 00124 (CM) (HP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

       JOSHUA A. ROY, being duly sworn, deposes and says:

       1.    I am over 18 years of age, a licensed process server #1259440, am employed by Sonnenschein Nath & Rosenthal LLP, and am not a party to this action.

       2.    On Monday, January 7, 2008, I served a true copy of the Notice of Removal, dated January 7, 2008, Rule 7.1 Statement, dated January 7, 2008, Civil Cover Sheet, dated January 7, 2008, and Judges' Rules for Judge McMahon and Magistrate Judge Pitman with Electronic Case Filing Instructions, in the above captioned matter, by prepaid first class mail upon:

                Delly Brammer
                1818 Bussing Avenue
                Bronx, NY 10466

by depositing the same in an official depository of the United States Postal Service.

                                                             JOSHUA A. ROY

Sworn to before me this
8th day of January, 2008

_____
Notary Public

                DEAN CAMPBELL
           Notary Public, State of New York
                  No. 01CA6013528
             Qualified in Nassau County
         Commission Expires Sept. 21, 20 10