**CERTIFICATE OF SERVICE**

    I certify that, on the 14th day of January, 2008, the Answer and Affirmative Defenses of Defendant Williams Lea Inc. was filed electronically.  Parties may access this filing through the court's system.  Further notice will be sent via e-mail and overnight delivery upon the following:

>Delly Brammer
>1818 Bussing Avenue
>Bronx, NY 10466
>
>Plaintiff *Pro Se*

                                                                                 /s/ Rebecca Hughes Parker
                                                                                   Rebecca Hughes Parker