McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           )
DELLY BRAMMER,                                             )
                                                           )
                            Plaintiff,                     )
                                                           )   Index No. 1:08-cv-00124 (CM)
                                                           )
                                                           )
         v.                                                )
                                                           )
                                                           )
WILLIAMS LEA INC.                                          )
                                                           )
                            Defendant.                     )
-----------------------------------------------------------X

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Delly Brammer, pursuant to Federal Rule of Civil Procedure 41(a), voluntarily dismisses this Action against Defendant Williams Lea, with prejudice, the parties having fully and finally settled this matter. All costs are to be borne by the respective parties.

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____          By: _____
Rebecca Hughes Parker (RP-6262)            Delly Brammer
1221 Avenue of the Americas                1818 Bussing Avenue
New York, New York 10020                   Bronx, New York 10466
(212) 768-6700                             (718) 324-8102

Attorneys for Defendants

Date: July 22, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

USDJ